Commonwealth *v.* Moore, Appellant.

Submitted December 3, 1973. *David E. Auerback,* Assistant Public Defender, for appellant;

*Phillip J. O'Malley,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.